UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HELEN SWARTZ,
    Plaintiff,

v.

WYNDHAM WORLDWIDE
OPERATIONS, INC., and
KEMPENAAR REAL ESTATES, INC.,
    Defendants.

C.A. No. 1:19-cv-00470

## DISMISSAL STIPULATION

Plaintiff, having settled this matter, hereby dismisses this action with prejudice pursuant to Rule 41(a)(1)(A)(ii).

        Plaintiff,
        HELEN SWARTZ,
        By her Attorneys,

        /s/ Lawrence A. Fuller
        Lawrence A. Fuller, Esq. (pro hac vice)
        Fuller, Fuller & Associates, P.A.
        12000 Biscayne Boulevard, Suite 502
        North Miami, FL 33181
        (305) 891-5199
        (305) 893-9505 (fax)
        lfuller@fullerfuller.com

        /s/ Roger N. LeBoeuf
        Roger N. LeBoeuf, Esq. (#5208)
        HEALD & LeBOEUF, LTD.
        One Turks Head Place
        76 Westminster Street, Suite 600
        Providence, RI 02903
        (401) 421-1500
        (401) 331-5886 (fax)
        rnl@healdandleboeuf.com

Dated: December 9, 2019

## CERTIFICATION

I hereby certify that I have mailed a true copy of the within <u>Dismissal Stipulation</u> to Max Wistow, Esq. and Kenneth J. Silvia, Esq., Wistow, Sheehan & Lovely, PC, 61 Weybosset Street, Providence, RI 02903 on this 9th day of December 2019.

/s/ Roger N. LeBoeuf